# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                               PLAINTIFF

v.                         No. 4:06CR00218-02 JLH

DOMINIC R. JACKSON                                                  DEFENDANT

## **ORDER**

Pending before the Court is the government's Motion for Continuance of hearing on defendant Dominic R. Jackson's petition under 28 U.S.C. § 2255, which is currently set for Friday, May 31, 2013. Without objection, the motion is GRANTED. Document #212.

The 2255 hearing is hereby rescheduled for ***9:30 A.M. on THURSDAY, JUNE 27, 2013***, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, in Little Rock, Arkansas, before the Honorable J. Leon Holmes, United States District Judge. Document #174.

IT IS SO ORDERED this 31st day of May, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE